ACCEPTED
03-15-00370-CV
6343186
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 10:53:40 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00370-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
TRAVIS COUNTY, AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/4/2015 10:53:40 AM

JEFFREY D. KYLE
Clerk

_____

REAGAN NATIONAL ADVERTISING OF AUSTIN, INC., APPELLANT

VS.

THE CITY OF AUSTIN AND MARC A. OTT, IN HIS OFFICIAL CAPACITY,
APPELLEES

_____

ON APPEAL FROM
THE 200th JUDICIAL DISTRICT COURT
TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-12-001211

_____

APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
_____

Appellant Reagan National Advertising of Austin files this unopposed motion seeking a 14-day extension of the deadline for its Appellant's Brief.

1.      The deadline for Appellant's Brief is Friday, August 28, 2015.

2.      Appellant requests a 14-day extension until Friday, September 11, 2015. This is Appellant's first request for an extension.

3.      The additional time is sought because the undersigned is out of the country and will not return until August 19, 2015. The attorney assisting with the appeal is planning to be out of the state from August 20 through August 24. A brief extension is sought to give the attorneys an opportunity to confer on the brief prior to the deadline.

1

4.     Appellees do not oppose the relief requested in this motion.

5.     This extension is not sought for delay, but so that justice may be done.

For these reasons, Appellant prays that the Court grant an extension of its deadline to file the Appellant's Brief until September 11, 2015.

Respectfully submitted,

/s/ B. Russell Horton
B. Russell Horton
State Bar No. 10014450
rhorton@gbkh.com
George Brothers Kincaid & Horton, L.L.P.
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 FACSIMILE
ATTORNEY FOR APPELLANT

CERTIFICATE OF CONFERENCE

Patricia Link indicated on July 31, 2015, that Appellees do not oppose the relief requested in this motion.

/s/ B. Russell Horton
B. Russell Horton

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this motion was served on August 3, 2015, on the following through the court's e-filing system:

Patricia L. Link
Gray Laird
City of Austin-Law Department
PO Box 1546
Austin, TX 78767-1546
512-974-1311 (facsimile)
patricia.link@austintexas.gov

/s/ B. Russell Horton
B. Russell Horton

2